\*JOSEPHINE HEILS V. CINCINNATI TRACTION CO.

Joinder of City and Traction Company for Injuries Sustained by Passenger Stepping in Hole in Street Improper, Negligence not Being Joint, though Concurrent and Related.

A traction company and a municipality are improperly joined as parties defendant in an action for injuries sustained by plaintiff in stepping from a car into a hole in the street, the acts of negligence, though concurrent and related, not being joint.

ERROR to common pleas court.

An action was instituted in the court below for personal injuries, sustained by a passenger in stepping from a street car into a hole twelve inches deep in the street, and being thrown violently to the ground. She charged negligence against the traction company in stopping the car directly over the hole, and against the city in failing to keep the street in repair and also in failing to have lighted a street lamp at that point, which if lighted would have disclosed the hole to plaintiff before she stepped from the car into it.

H. A. Reeve, for plaintiff in error.

Geo. H. Warrington, for defendant in error.

**SMITH, P. J.**

We think the demurrer of the Cincinnati Traction Company filed to the petition of plaintiff in error was properly sustained by the trial court.

While perhaps under the allegations of the petition the acts of negligence complained of against the traction company and the city of Cincinnati are such as constitute concurrent and related torts, yet the same are not joint, being independent in character, and therefore the defendants are not in law joint tort feasors. Morris v. Woodburn, 57 Ohio St. 330 [48 N. E. Rep. 1097] ; Mineral City v. Gilbow, 81 Ohio St. 263 [90 N. E. Rep. 800; 25 L. R. A. (N. S.) 627].

The action of the court upon the demurrer is correct and the judgment is affirmed.

**Swing** and **Jones, JJ.,** concur.

\*Dismissed, no op., Hiles v. Traction Co., 57 Bull. 166.